# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126886(53)
FEDERATED INSURANCE COMPANY
and CARL M. SCHULTZ, INC.,
      Plaintiffs-Appellees,
      Cross-Appellants,
v
OAKLAND COUNTY ROAD COMMISSION,
      Defendant-Appellee.
and
ATTORNEY GENERAL,
      Intervenor-Appellant.

_____

      On order of the Chief Justice, the motion by intervenor-appellant, Attorney General for leave to file a supplemental brief is GRANTED. The supplemental brief may be filed not later than December 5, 2005. Defendant-appellee may file a brief in response not later than 14 days after the filing by the Attorney General.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2005                                                   
                                                        Clerk